# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 1, 2021

161689

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

DBD KAZOO, LLC,
            Plaintiff-Appellant,

v

SC: 161689
COA: 345707
Kalamazoo CC: 2017-000259-CB

WESTERN MICHIGAN, LLC, FV NORTH, LLC, 1234EN, LLC, ENCORE2 PROPERTY INVESTMENT, LLC, ENCORE PROPERTY INVESTMENT, LLC, MARIAN KENNEDY, UNIVERSITY ACQUISITIONS, LLC, UNIVERSITY OPERATIONS, LLC, GROSS & COHEN REAL ESTATE INVESTORS LTD, MICHAEL S. COHEN, ASSET CAMPUS HOUSING, INC., and ASSET CAMPUS USA, LLC,
            Defendants-Appellees,

and

STEVEN J. GROSS,
            Defendant.

_____/

        On order of the Court, the application for leave to appeal the April 23, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 1, 2021



Clerk

a0524